# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2020

## NO. 03-19-00425-CV

NextEra Energy, Inc., Appellant

v.

Public Utility Commission of Texas, Appellee

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
VACATED AND DISMISSED FOR WANT OF JURISDICTION –
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on May 30, 2019. Having reviewed the record and the parties' arguments, the Court holds that the trial court lacked jurisdiction over the suit. Therefore, the Court vacates the trial court's judgment and dismisses the underlying suit for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.